IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)        :

─────────────────────────────        :        *86-2118*

This Document Relates To:            :        CIVIL ACTION NO.   MDL 875
Southern Textile Corp.
Bankrupt Defendant                            FILED        ENTERED
                          ΔC-MΔ 1    :        _____      _____
                                              LODGED       RECEIPT

ALL ACTIONS                          :        JUL 17 2000
(See attached schedule
for case list)                       :        AT BALTIMORE
                                              CLERK U.S. DISTRICT COURT
                                              DISTRICT OF MARYLAND        DEPUTY

                                              BY

**O R D E R   O F   D I S M I S S A L**

        DEFENDANT, Southern Textile Corp., having declared bankruptcy

during the pendency of the asbestos products liability litigation, and

having numerous pending actions against it in MDL 875, IS HEREBY

DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the

applicable statutes of limitations ARE TOLLED, and the plaintiffs are

entitled to request reinstatement from this Court at a further date

should circumstances so warrant.


                                        BY THE COURT




Date: _7/13/00_            _____

                                        Charles R. Weiner, Judge

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 07/13/00
ATTEST: _____
        DEPUTY CLERK, UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF PENNSYLVANIA