IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS )
LIABILITY LITIGATION (NO. VI) )
                              )  MDL 875
                              )
This Document Relates to United States )
District Court for Maryland )
                              )
     (See Attachment A)       )
                              )
                              )

AND NOW, this _11th_ day of _August_, 2000, FIBREBOARD CORPORATION is hereby dismissed with prejudice in the cases on the attached list, which cases have been resolved.

By the Court:

Dated: _8/11/00_             _Charles R. Weiner_
                             Charles R. Weiner